# UNITED STATES DISTRICT COURT
для for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>2448 GLENBROOK DRIVE, DURHAM, NORTH CAROLINA 27704 | ) ) ) ) ) Case No. 1:22mj215 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

2448 GLENBROOK DRIVE, DURHAM, NORTH CAROLINA 27704; SEE ATTACHMENT A

located in the ___Middle___ District of ___North Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

DEVONTE DAQUAN COZART

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951(a) | Hobbs Act Robbery and Conspiracy to Commit the Same |
| 18 U.S.C. 924(c)(1)(A)(ii) | Brandishing a Firearm in Furtherance of a Crime of Violence |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Justin T. Gryder
*Applicant's signature*

Justin T. Gryder, Task Force Officer
*Printed name and title*

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Application for a search warrant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 5/11/2022

*Judge's signature*

City and state: Winston-Salem, North Carolina     Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA.

| IN THE MATTER OF THE SEARCH OF 2448 GLENBROOK DRIVE, DURHAM, NORTH CAROLINA 27704 | Case No. 1:22MJ215 |
|---|---|

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Federal Bureau of Investigation Task Force Officer Justin T. Gryder, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is made in support of an application for a warrant to search the premises located at **2448 Glenbrook Drive, Durham, North Carolina 27704** (SUBJECT PREMISES), as more particularly described in Attachment A, for DEVONTE DAQUAN COZART who currently has an active arrest warrant in case 1:22CR114-2.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### AFFIANT BACKGROUND AND EXPERTISE

3. I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and have been since May 2017, and a law enforcement officer with the Durham County Sheriff's Office in North Carolina since 2007. My duties include investigations into the sale of illegal substances, criminal gang activity, kidnapping, and bank robberies. I have received in service training in drug identification and packaging, as well as extensive training in law enforcement procedures. I have attended numerous courses and seminars dealing with criminal gangs, illegal drugs, violent crimes,

1

and robberies. As a result, I am familiar with the customary practices, procedures, terminology, and tactics used by persons engaged in these crimes. I have arrested and/or participated in the arrest of over 100 persons for violations of State and Federal narcotics statutes. I am currently assigned to investigate violent gangs in the Durham metropolitan area as a member of the FBI's Raleigh-Durham Safe Streets Task Force (RDSSTF).

4. Through training, investigations, and speaking with persons arrested for controlled substance and firearms offenses, I am familiar with the habits of and terminology used by those engaged in the trafficking of controlled substances and firearm offenses. These individuals frequently use mobile devices to facilitate and memorialize their activity. I know the following:

a. The evidence, fruits, and instrumentalities of criminal activity are often concealed in digital form, and digital images related to criminal activity are often shared with co-conspirators.

b. Individuals who possess controlled substances, firearms, and illicit proceeds often photograph themselves holding these items.

c. Individuals who commit controlled substance and firearm offenses often use text messaging and social media applications to communicate with co-conspirators, sources of supply, and customers.

d. In numerous cases that I have investigated, the contents of perpetrators mobile phones contained evidence of firearms and controlled substance offenses, including revealing fruits and instrumentalities, that have furthered my investigation.

2

## DEVONTE DAQUAN COZART IS A CONVICTED FELON

5. Devonte Daquan Cozart was convicted of Common Law Robbery (N.C. Gen. Stat. § 14-87.1) and Breaking and Entering (N.C. Gen. Stat. § 14-54(A)) on August 11, 2014 in Durham County Superior Court. He was then convicted of two counts of Common Law Robbery (N.C. Gen. Stat. § 14-87.1) and Conspiracy to Commit Common Law Robbery (N.C. Gen. Stat. § 14-87.1) on January 7, 2016 in Durham County Superior Court. For this he was sentenced to a 15–27-month active prison sentence. He was then convicted of Common Law Robbery (N.C. Gen. Stat. § 14-87.1), Conspiracy to Commit Robbery with a Dangerous Weapon (N.C. Gen. Stat. § 14-87), and Attempted Common Law Robbery (N.C. Gen. Stat. § 14-87.1) on August 6, 2019 in Durham County Superior Court.

## MARCH 14, 2022 ROBBERIES

6. On March 14, 2022, at approximately 9:30 pm, a black man entered the Famous Tobacco & Vape smoke shop at 1141 W Club Boulevard in Durham, North Carolina. He was wearing a black hooded sweatshirt, black pants, a black mask covering his nose and mouth, and a white latex glove on his left hand. He asked the clerk for a vape juice and a Smok brand vape device. The clerk handed him the items. He then selected a white backpack with the word "cookie" printed on it in blue. When the clerk asked how he would like to pay, the man drew a black handgun from his sweatshirt pocket and displayed it. He ordered the clerk to give him cigarettes and cash from the register. The clerk gave the man one carton and multiple packs of Newport cigarettes and cash from the register. The man left the store and walked away. At the time of the robbery, there was a customer in the store.

7. On March 14, 2022, at approximately 9:45 pm, two men robbed a man, Victim-1, in the vicinity of 1901 Morehead Avenue in Durham. Victim-1 was standing outside of his car

when he saw two black men walk by and then turn and approach him. Both men were wearing black masks and dark clothing. One of the men displayed a black handgun. Victim-1 backed away and dropped his belongings. The man with the gun asked about the items in Victim-1's car. Victim-1 gave the man his car keys and walked away. The men took Victim-1's Hyundai car keys, wallet, Apple laptop, blue Beats headphones, and his Oakley backpack containing clothes.

8. On March 14, 2022 at approximately 10:00 pm, a black man entered Caroco Convenience Store at 3700 Fayetteville Street in Durham. His appearance was consistent with the man who robbed Famous Vape & Tobacco approximately thirty minutes earlier. He was wearing a black hooded sweatshirt, black pants, a black mask covering his nose and mouth, white latex gloves on both hands, and blue, black, and white shoes. Video surveillance footage showed him approaching the store on foot from the intersection of Cook Road and Booker Avenue. After waiting in line, he displayed a black gun and then aimed it at the clerk. The clerk put cash and a tracking device in a white plastic bag and then, at the man's direction, filled the bag with numerous packs of Newport cigarettes. A subsequent store inventory revealed that $351 in cash and 44 packs of Newport cigarettes were stolen. The man took the plastic bag and backed out of the store. He ran across the parking lot toward the intersection of Cook Road and Booker Avenue to a waiting car. The car then drove away at approximately 10:10 pm.

9. Following the tracking device given to the man by the clerk, Durham Police Department officers stopped Devonte Daquan Cozart's 2009 gray Honda Accord on E. Club Boulevard near Thorne Avenue at approximately 10:30 pm. Cozart was driving, and Tori Demarco Bumpers was in the passenger seat. The men were removed from the car and placed in handcuffs. An officer who had responded to the Famous Tobacco & Vape store robbery saw the white backpack with the word "cookie" printed on it in the back seat of the car. Multiple packs of

4

Newport cigarettes were visible in the car. Bumpers was wearing a black hooded sweatshirt and black pants consistent with the clothes of the individual depicted robbing Famous Vape & Tobacco and Caroco Convenience Store on surveillance footage. Cozart was wearing a black sweatshirt and khaki pants. An LG phone was recovered from Cozart.

10. A Durham Police Department officer obtained a warrant to search Cozart's car. Upon doing so, officers recovered items from each of the above-described robberies including the following:

   a. Newport cigarette packs in the center console and near the gear shift.
   b. A white backpack with the word "cookie" printed on it in blue in the backseat.
   c. Packs of Newport cigarettes in the "cookie" backpack.
   d. Cash and the Caroco tracker in the "cookie" backpack.
   e. Vape device.
   f. Victim-1's social security card and license.
   g. Victim-1's Oakley backpack containing his wallet in the backseat.

11. Durham Police Department officers also recovered the following items consistent with those used in the robberies:

   a. Black mask between the driver's seat and center console.
   b. Black mask in the "cookie" backpack.
   c. Loaded black Springfield .45 caliber handgun in the "cookie" backpack.
   d. Used white latex glove from the front passenger door.
   e. Blue, black, and white shoes from the floor of the passenger area matching those worn during the robberies.

12. The LG phone recovered when officers stopped Cozart's car and detained Cozart and Bumpers has a picture of Cozart on the lock screen. Cozart claimed ownership of the phone during the traffic stop. No phone belonging to Bumpers was recovered. Bumpers and Cozart were arrested on state charges and made bond.

13. Investigators obtained a warrant authorizing a search of Cozart's LG phone. The phone's assigned call number is (984) 837-2805 with International Mobile Equipment Identity

number 352769721092926. On March 14, 2022 at 4:45 pm, Cozart texted his contact "My Wifey Teddy Bear" the following, "O i jiss gt up i. Finna go out try to .ake sum money."

## FEDERAL INDICTMENT

14. On April 25, 2022, a Grand Jury in the Middle District of North Carolina returned an indictment charging Bumpers and Cozart with two counts of Title 18 U.S.C. § 1951(a), conspiracy to commit the same, and two counts of Title 18 U.S.C. § 924(c)(1)(A)(ii) for their March 14, 2022. Bumpers was also charged with Title 18 U.S.C. § 922(g)(1). Warrants were issued for the arrest of Bumpers and Cozart.

## RESIDENCE AT 2448 GLENBROOK DRIVE (SUBJECT PREMISES)

15. On March 15, 2022, Cozart was booked into the Durham County Jail. On a recorded jail line, he called and spoke with Woman-1. I listened to the recording which revealed that Cozart is in a romantic relationship with Woman-1. The phone number on which Cozart called Woman-1 is saved as a contact in Cozart's LG phone as "My Wifey Teddy Bear." Text messages between Cozart and Woman-1 on or about March 14, 2022 are consistent with two individuals in a romantic relationship who are living together. Both subjects refer to a place they call "home" in the messages in context suggesting that they both reside at there. Woman-1's North Carolina Division of Motor Vehicle (DMV) registered address is 2448 Glenbrook Drive, Durham North Carolina, the SUBJECT PREMISES. The lock screen picture on Cozart's phone is a picture of Cozart and Woman-1 standing in front of the SUBJECT PREMISES beside a white sedan.

16. Woman-1 has been listed as residing at the SUBJECT PREMISES by law enforcement officers on numerous occasions to include:

   a. March 20, 2022 shoplifting arrest at Walmart (Durham Police Department Report #22009550)

b. September 29, 2021 citation given to Woman-1 by Durham Police Department for driving without insurance. The officer noted that Woman-1 was operating a 2003 Buick Century Custom with a fictitious temporary tag on the rear of the vehicle.

17. On May 9 and May 10, 2022, I observed a white Buick sedan parked in the driveway of the SUBJECT PREMISIS.

18. On May 11, 2022, at approximately 9:30 am I saw Cozart step outside the SUBJECT PREMISES and take the trash to the curb. At approximately 1018 am Cozart and Woman-1 left the house and got into the white Buick sedan. The Buick sedan had a paper temporary tag on the rear bumper.

## CONCLUSION

19. Based on the forgoing, I respectively submit that there is probable cause to search the SUBJECT PREMISES described in Attachment A for DEVONTE DAQUAN COZART.

/s/ Justin T. Gryder
Task Force Officer
Federal Bureau of Investigation

Dated: May, 11 2022

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

Joi Elizabeth Peake
United States Magistrate Judge
Middle District of North Carolina

## ATTACHMENT A

## PREMISES TO BE SEARCHED:

The subject premises, 2448 Glenbrook Drive, Durham, North Carolina, is a single family brick home with green shutters. The residence has a brown front door and sits on the east side of the Glenbrook Drive. The house number "2448" is posted in black letters above the front door.



8